Civil Action No. 24-

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __United States Department of State__ was received by me on *(date)* __6/27/24__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
USPS, Certified Mail, Return Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/9/24__

_____
*Server's signature*

Lance L. Sims, Senior Paralegal
*Printed name and title*

Project On Government Oversight
1100 13th Street, NW, Suite 800
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

**Tracking Number:**

# 9589071052700450570341

Remove ✕

Copy    Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 6:07 am on June 27, 2024 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**✓ Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
June 27, 2024, 6:07 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃