UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Civil Action No. 24-1647 (ACR) |

## JOINT STATUS REPORT

Consistent with the parties' prior joint status report (ECF No. 10), Plaintiff Project on Government Oversight, Inc. and Defendant the U.S. Department of State (the "Department") respectfully submit this Joint Status Report. The parties report as follows:

1. This case stems from two Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the Department on November 9, 2023, which generally seek records regarding potential human rights concerns relating to the transfer of arms to Israel and the Department's Civilian Harm Incident Response Guidance. *See* Compl. (ECF No. 1) ¶¶ 44-45, 54-55.

2. Since their last status report, the parties have continued to work collaboratively to narrow Plaintiff's FOIA requests:

    a. For Request F-2024-01464, the Department accepted Plaintiff's August 20, 2024, narrowing proposal.

    b. For Request F-2024-01462, the Department proposed using a 10-word proximity operator when conducting its search for the second part of the request, a proposal to which Plaintiff agreed on October 14, 2024.

c. For both requests, Plaintiff agreed that the Department can apply non-responsive redactions in documents that contain both responsive and non-responsive material.

3. The Department anticipates making its first production of responsive, non-exempt material on or before November 7, 2024, with subsequent productions every six weeks until processing is complete.

4. The parties respectfully propose filing another joint status report in forty-five days, no later than December 9, 2024.

Dated: October 25, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
weismann.anne@gmail.com
(301) 717-65610

By: */s/ John J. Bardo*
JOHN J. BARDO [1655534]
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*