UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 24-1647 (ACR) |

## JOINT STATUS REPORT

Consistent with the parties' prior joint status report (ECF No. 12), Plaintiff Project on Government Oversight, Inc. and Defendant the U.S. Department of State (the "Department") respectfully submit this Joint Status Report. The parties report as follows:

1. This case stems from two Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the Department on November 9, 2023, which generally seek records regarding potential human rights concerns relating to the transfer of arms to Israel and the Department's Civilian Harm Incident Response Guidance. *See* Compl. (ECF No. 1) ¶¶ 44-45, 54-55.

2. Since the last joint status report, the Department has continued to make production of responsive, non-exempt material. The Department made its second production on December 19, 2024.

3. The Department anticipates making subsequent productions every six weeks until processing is complete with its next production on or before January 30, 2025. The Department will process 500 pages of records every six weeks.

4. The parties respectfully propose filing another joint status report in sixty days, on or before March 24, 2025.

Dated: December 9, 2024
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR, D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
weismann.anne@gmail.com
(301) 717-65610

By: */s/ John J. Bardo*
    JOHN J. BARDO [1655534]
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*