UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT
OVERSIGHT, INC.,

       Plaintiff,

   v.

U.S. DEPARTMENT OF STATE,

       Defendant.

Civil Action No. 24-1647 (ACR)

## **JOINT STATUS REPORT**

Consistent with the parties' prior joint status report (ECF No. 13), Plaintiff Project on Government Oversight, Inc. and Defendant the U.S. Department of State (the "Department") respectfully submit this Joint Status Report.  The parties report as follows:

1.　　This case stems from two Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the Department on November 9, 2023, which generally seek records regarding potential human rights concerns relating to the transfer of arms to Israel and the Department's Civilian Harm Incident Response Guidance.  *See* Compl. (ECF No. 1) ¶¶ 44-45, 54-55.

2.　　Since the last status report, the Department has continued to make production of responsive, non-exempt material. The Department made its third production on January 30, 2025 and its fourth production on March 13, 2025.

3.　　The Department anticipates making its fifth production on April 24, 2025.

4.　　The parties respectfully propose filing another joint status report in sixty days, on May 23, 2025.

Dated: March 24, 2025
          Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR, D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ John J. Bardo*

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
weismann.anne@gmail.com
(301) 717-65610

   JOHN J. BARDO [1655534]
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 870-6770

*Attorneys for the United States of America*

2